UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FRANKIE L. APPLING, trustee of the Jim D. Appling Family Trust; HERMILA PORTILLO; ROBERT PORTILLO; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:15-CV-02505-MCE-EFB<br><br>**ORDER** |

Pursuant to F.R.CIV.P.41(a)(1) and the parties' stipulation of dismissal (ECF No. 8), this action is hereby DISMISSED with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: March 18, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT